IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST REPUBLIC BANK,<br><br>          Plaintiff,<br><br>   v.<br><br>A & E UNLIMITED, et al.,<br><br>          Defendants. | Case No.: 11-6266 JSC<br><br>**ORDER RE STATUS UPDATE ON DEFENDANT INTERNAL REVENUE SERVICE** |

    Now pending before the Court are Plaintiff's motions for Discharge and Leave to Deposit Funds. (Dkt. Nos. 4, 7.) According to the docket, Defendant Internal Revenue Service ("IRS") has yet to make an appearance in the case, and Plaintiff has not filed proof of service on this Defendant. Plaintiff shall update the Court on the status of Defendant IRS on or before February 22, 2012.

    **IT IS SO ORDERED.**

Dated: February 15, 2012

                                                           JACQUELINE SCOTT CORLEY
                                                           UNITED STATES MAGISTRATE JUDGE