1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIRST REPUBLIC BANK,

          Plaintiff,

    v.

A & E UNLIMITED, et al.,

          Defendants.

Case No.: C11-6266 JSC

**ORDER DIRECTING DEPOSIT OF FUNDS AND SCHEDULING MARCH 22, 2012 CASE MANAGEMENT CONFERENCE (Dkt. No. 7)**

      Now pending before the Court is the motion of Plaintiff First Republic Bank for leave to deposit $161,000 in settlement funds due to Defendant A & E Unlimited into an interest bearing account with the Clerk of this Court.  (Dkt. No. 7.)  As the motion is unopposed, and there is good cause for the motion, it is GRANTED.  First Republic Bank shall deposit said funds within 30 days of receipt of a copy of this Order.

      All parties[1] shall appear telephonically through Court Call for a case management conference on March 22, 2012 at 1:30 p.m.  The parties do not need to submit a case management conference statement.

      **IT IS SO ORDERED.**

Dated: March 5, 2012

                                _Jacqueline S. Corley_

                               JACQUELINE SCOTT CORLEY
                               UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c). (Dkt. Nos. 11, 14, 18, 20, 30, 31, and 32.)