IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST REPUBLIC BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>A & E UNLIMITED, et al.,<br><br>    Defendants. | Case No.: C11-6266 JSC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO DISTRIBUTE INTERPLEADER FUNDS** |

By Order filed March 5, 2012, the Court directed Plaintiff in this interpleader action to deposit into an interest bearing account with the Clerk of the Court $161,000 in settlement funds due to Defendant A & E Unlimited (Dkt. No. 33). By letter dated May 31, 2012, the Court was advised that the Defendants had reached agreement on the distribution of the interpleader funds. Accordingly, the Clerk of the Court is directed to distribute the interpleader funds as set forth below:

| | |
|---|---|
| West Coast Aggregates, Inc.: | $17,000 |
| U.S. Internal Revenue Service: | $12,000 |
| State of California, Board of Equalization: | $74,000 |
| A&E Unlimited: | 0 |

| | |
|---|---|
| Attorney Robert G. Padrick: | $58,000 plus any additional amounts in the account, including all accrued interest |

Upon distribution of the funds, the Court will dismiss the case with prejudice, all parties to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 4, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE