LAW OFFICES OF

# *Robert G. Padrick*

Robert G. Padrick, Esq.

A PROFESSIONAL LAW CORPORATION

961 WOODSIDE ROAD, SUITE B
REDWOOD CITY, CALIFORNIA 94061

Local Tel / Fax: (650) 268-9750
Toll Free Tel / Fax: (888) 664-1999

May 31, 2012

Magistrate Judge Jacqueline Scott Corley
450 Golden Gate Avenue
Courtroom F - 15th Floor
San Francisco, CA 94102

*SENT VIA:*

☑ US Mail

☐ Facsimilie

☐ e-mail Attachment

      Re:    First Republic Bank v. A & E Unlimited et al
            **Case Number:** 3:11-cv-06266-JSC

Dear Judge Corley:

      This matter has settled today.  Pursuant to the attached Settlement Agreement, all parties jointly request that you order the Clerk of the Court to distribute the interpleader funds as set forth therein.

      Also pursuant to the attached Settlement Agreement, all parties jointly request that, upon distribution, the matter be dismissed with prejudice.

                  Very truly yours,
                  **LAW OFFICES OF ROBERT G. PADRICK, A PLC**

By:

                  **ROBERT G. PADRICK**
                  Attorney at Law

Cc:    Batya F. Forsyth
        Laila Jadelrab Louridas
        Walter Raymond Schneider
        Joel K. Belway
        Thomas Moore
        Paul S. Rosenstein
        Joyce E-Hoong Hee
        Wendy Dawn Vierra

SETTLEMENT AGREEMENT, 11-CV-6266 JSC

This document sets forth the material terms of a settlement agreement reached among the following parties, each represented by the counsel identified below.  The settlement agreement resolves entirely the claims in the interpleader action filed by First Republic Bank in the Northern District of California, case no. 11-cv-6266 JSC.  $161,000 has been deposited with the Court.

The parties agree to a distribution of the $161,000 plus all interest accrued, as follows:

* West Coast Aggregates, Inc.: $17,000
* U.S. Internal Revenue Service: $12,000
* State of California, Board of Equalization: $74,000
* A&E Unlimited, d/b/a "A&E Ready Mix" and "Quick Mix Concrete": $0
* Attorney Robert G. Padrick: the remainder ($58,000 plus all interest accrued)

Each party is to pay its own costs and attorney's fees.

The parties agree that the interpleader action shall be terminated upon the distribution of the $161,000 as set forth in this agreement.

The parties agree that they will jointly request that the Court order the Clerk of Court to distribute the interpleader funds as set forth in this agreement.

It is agreed.

May 31, 2012


Robert G. Padrick

West Coast Aggregates, Inc.

Internal Revenue Service

State of California, Board of Equalization

A&E Unlimited, d/b/a "A&E Ready Mix" and "Quick Mix Concrete, through counsel Joel K. Belway, having received authorization from Earl Souza and Joan Souza

executed following settlement conference before:

Nat Cousins
U.S. Magistrate Judge
U.S. District Court, Northern District of California
415.522.2112
nat_cousins@cand.uscourts.gov